| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| vs. | § § § | Case No. 4:10cr221 (Judge Crone) |
| JOSEPH ANTHONY WHITE (8) | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 4, 2012, the Order of the Magistrate Judge was entered containing proposed findings of fact and recommendations that *pro se* Defendant's Motion to Dismiss Indictment (Dkt. #220) should be denied.

The Court, having made a *de novo* review of Defendant's Reconsideration for Motion to Dismiss Indictment (Dkt. #243), which the Court will construe to be objections to the Magistrate Judge's recommendation, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Motion to Dismiss Indictment (Dkt. #220) is **DENIED**.

SIGNED at Beaumont, Texas, this 26th day of June, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE